UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: 800 BOURBON STREET, LLC      CIVIL ACTION

NO: 15-2444

SECTION: J(5)

### ORDER

Considering the foregoing *Motion to Withdraw Reference of Adversary Proceeding* (**Rec. Doc. 1**),

**IT IS HEREBY ORDERED** that the motion is **GRANTED.** The reference of this Adversary Proceeding in the above-captioned matter is hereby withdrawn to the United States District Court for the Eastern District of Louisiana.

New Orleans, Louisiana, this 7th day of July, 2015.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE